**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000498
12-JUL-2012
08:58 AM**

CAAP-11-0000498

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE BNC MORTGAGE LOAN TRUST 2006-2,
Plaintiff/Counterclaim Defendant/Appellee,
v.
SARAH NAKIHEI AND ABNER NAKIHEI,
Defendants/Cross-Claim Defendants/Appellants,
and
ASSOCIATION OF APARTMENT OWNERS OF HALEAKALA GARDENS,
Defendant/Counter Claimant/Cross-Claimant/Appellee,
and
CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI AND
LORELIE MORALES, Defendants/Cross-Claim Defendants/Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 AND DOE GOVERNMENTAL
UNITS 1-10, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0233(2))

ORDER DENYING PLAINTIFF-APPELLEE
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE BNC MORTGAGE LOAN TRUST 2006-2'S MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Leonard and Reifurth, JJ.)

On June 11, 2012, Plaintiff-Appellee U.S. Bank National
Association, as Trustee for the BNC Mortgage Loan Trust 2006-2
(U.S. Bank), filed a "Motion for Reconsideration of Summary
Disposition Order Entered May 30, 2012" (Motion for
Reconsideration).  On June 20, 2012, this court filed an "Order
Suspending Time Requirement of HRAP Rule 40(d)," which extended

the time for this court to dispose of U.S. Bank's Motion for Reconsideration until July 23, 2012.

Upon consideration of U.S. Bank's Motion for Reconsideration and the records and files herein,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, July 12, 2012.

On the motion:

Robert E. Chapman
Elise Owens Thorn
(Clay Chapman Iwamura Pulice
    & Nervell)
for Plaintiff-Appellee

Chief Judge

Associate Judge

Associate Judge

2